

# United States District Court
# Eastern District of California

North American Company For Life and Health Insurance

Plaintiff(s)

Case Number: | 1:22-CV-01293-SKO

V.

Nancy Moua

Defendant(s)

APPLICATION FOR PRO HAC VICE
AND PROPOSED ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California,

Craig M. Bargher                                        hereby applies for permission to appear and participate as

counsel in the above entitled action on behalf of the following party or parties:

North American Company For Life And Health Insurance

On __December 16, 1993__ (date), I was admitted to practice and presently in good standing in the

U.S.D.C Northern District of Illinois (Please see the _____ (court).  A certificate of good standing from that court is
attached list)
submitted in conjunction with this application.  I have not been disbarred or formally censured by a court of

record or by a state bar association; and there are not disciplinary proceedings against me.

[X] I have / [ ] I have not concurrently or within the year preceding this application made a pro hac vice

application to this court.  (If you have made a pro hac vice application to this court within the last year, list

the name and case number of each matter in which an application was made, the date of application and

whether granted or denied.)

MacPherson-Pomeroy v. North American Company For Life And Health Insurance, Case No. #1:20-cv-00092-DAD-BAM,

July 12, 2022, application granted

Date: __November 10, 2022__          Signature of Applicant: /s/ __Craig M. Bargher__

**Pro Hac Vice Attorney**

| | |
|---|---|
| Applicant's Name: | Craig M. Bargher |
| Law Firm Name: | Chittenden, Murday & Novotny LLC |
| Address: | 303 West Madison Street |
| | Suite 2400 |

| City: | Chicago | State: | IL | Zip: | 60606 |
|---|---|---|---|---|---|

| | |
|---|---|
| Phone Number w/Area Code: | (312) 281-3600 |
| City and State of Residence: | Darien, Illinois |
| Primary E-mail Address: | cbargher@cmn-law.com |
| Secondary E-mail Address: | bharris@cmn-law.com |

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

| | |
|---|---|
| Local Counsel's Name: | Susan K. Hatmaker |
| Law Firm Name: | Hatmaker Law Group |
| Address: | 7522 N. Colonial Avenue |
| | Suite 105 |

| City: | Fresno | State: | CA | Zip: | 93711 |
|---|---|---|---|---|---|

| Phone Number w/Area Code: | (559) 374-0077 | Bar # | 172543 |
|---|---|---|---|

## ORDER

The Pro Hac Vice Application is APPROVED.  The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: **Nov 15, 2022**

JUDGE, U.S. DISTRICT COURT

**Stanley A. Boone-United States Magistrate Judge**