UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORTH AMERICAN COMPANY FOR LIFE AND HEALTH INSURANCE,<br><br>Plaintiff,<br><br>v.<br><br>NANCY MOUA,<br><br>Defendant. | No. 1:22-cv-01293-ADA-SKO<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND GRANTING PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT<br><br>(ECF Nos. 20, 23) |

Plaintiff North American Company for Life and Health Insurance initiated this diversity action by filing its complaint against Defendant Nancy Moua on October 8, 2022. (ECF No. 1.) The complaint asserts one claim for rescission of an insurance policy. (*Id.*)

On February 2, 2023, the Court granted Plaintiff leave to serve Defendant by publication and extended the time for service of process to March 20, 2023. (*See* ECF No. 16.) Plaintiff filed its Notice of Proof of Service by Publication on March 2, 2023, showing that the Summons was published on February 9, February 16, February 23, and March 2. (*See* ECF No. 17.) Defendant did not appear or otherwise respond to the complaint. On April 18, 2023, Plaintiff requested entry of default, which the Clerk entered that same day. (*See* ECF Nos. 18, 19.) Plaintiff subsequently filed a motion for default judgment on May 25, 2023. (ECF No. 20.) The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B).

///

On July 7, 2023, the Magistrate Judge issued findings and recommendations, recommending that the Court grant Plaintiff's motion for default judgment. (ECF No. 23.) Those findings and recommendations contained notice that Defendant had twenty-one days within which to file objections. (*Id.* at 8.) That deadline has passed, and Defendant has not filed objections or otherwise contacted the Court.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court concludes that the findings and recommendations are supported by the record and proper analysis.

Accordingly,

1. The findings and recommendations issued on July 7, 2023, (ECF No. 23), are adopted in full;
2. Plaintiff's motion for default judgment, (ECF No. 20), is granted;
3. North American Company for Life and Health Insurance policy no. XXXXXX9671 is rescinded and set aside as null and void *ab initio*; and
4. The Clerk of Court is directed to enter judgment in favor of Plaintiff, and against Defendant, and thereafter to close this case.

IT IS SO ORDERED.

Dated:   August 30, 2023

UNITED STATES DISTRICT JUDGE

2